An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DOUGLAS HARRY WARENBACK,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 66991

DOUGLAS HARRY WARENBACK,
Petitioner,
vs.
THE STATE OF NEVADA,
Respondent.

No. 67661 ✓

**FILED**

JUL 2 3 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DENYING PETITIONS*

In Docket No. 66991, petitioner Douglas Warenback has filed a petition for a writ of mandamus requesting this court retrieve audio recordings of lower court hearings and make a forensic comparison with transcripts included in the record. This request is improperly made in a petition for a writ of mandamus, *see* NRS 34.160, and therefore we deny the petition.[1]

In Docket No. 67661, Warenback has filed a petition for a writ of mandamus directing the district court to conduct a hearing on whether his former trial counsel, Mr. John Parris, has failed to comply with a prior order directing him to transmit his case files to petitioner and to find him in contempt for failing to obey prior court orders. We have reviewed the documents submitted in this matter, and without deciding upon the merits

---

[1]We have received the motions to supplement the petition and deny the relief requested in light of our disposition of this petition.

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22281

of any claims raised therein, we decline to exercise original jurisdiction in this matter.[2] *See* NRS 34.160. We are confident that the district court will resolve any pending motions as expeditiously as its calendar permits. Accordingly, we

ORDER the petitions DENIED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:   Hon. William D. Kephart, District Judge
      Douglas Harry Warenback
      John P. Parris, Esq.
      Attorney General/Carson City
      Clark County District Attorney
      Eighth District Court Clerk

_____

[2]We deny the motion for temporary stay of this petition as moot.